**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**QUINTON BURNETT**                                                                 **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 2:08CV258-P-S**

**CITY OF SOUTHAVEN, MAYOR
GREG DAVIS, IN HIS OFFICIAL
CAPACITY AS MAYOR OF SOUTHAVEN,
MISSISSIPPI; SOUTHAVEN POLICE
DEPARTMENT AND THOMAS LONG
IN HIS OFFICIAL CAPACITY AS CHIEF
OF POLICE, WILLIAM CUNNINGHAM,
INDIVIDUALLYAND IN HIS OFFICIAL
CAPACITY AS A SOUTHAVEN POLICE OFFICER**                       **DEFENDANTS**

<u>**ORDER**</u>

This cause is before the Court on the defendants' Motion to Dismiss [4]. The Court, having

reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied. The defect of which defendants

complain was an obvious typographical/scrivenor error which has been corrected with plaintiff's

filing of his Amended Complaint on March 4, 2009. Burnett's § 1983 claim is clearly sufficient to

invoke federal question.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendants' Motion to Dismiss

[4] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 24th day of March, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE